UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:11-cv-125 JCH |
| QAR, LLC, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **QAR, LLC** on **February 2, 2011** stating that the defendant was served on **January 26, 2011,** with a responsive pleading due by **February 16, 2011**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, against defendant QAR, LLC, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 17th day of February, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE